IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR,

    Plaintiff,

v.                                            CASE NO. 4:11-cv-46-MP-GRJ

BUSS, et al.,

    Defendants.

_____/

## **ORDER**

Pending before the Court is Plaintiff's Motion For Appointment Of Counsel. (Doc. 8.) A plaintiff in a civil case has no constitutional right to counsel. Although a court may appoint counsel for an indigent plaintiff under 28 U.S.C. §1915(e)(1), the Court has broad discretion in making this decision. Bass v. Perrin, 170 F.3d 1312 (11th Cir. 1999). Only exceptional circumstances warrant appointment, such as where "core facts" are not in dispute and the legal issues are not so novel or complex as to require the assistance of a trained practitioner, even if the assistance of a lawyer would undoubtedly be helpful. Id., at 1320; Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990) (appointment of counsel is a privilege, not a right). The Court has reviewed the complaint filed in this cause and finds that the claims raised are not novel or complex and will not require discovery or extensive legal research to resolve and, therefore, do not warrant appointment of counsel.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion For Appointment Of

Counsel (Doc. 8) is **DENIED.**

**DONE AND ORDERED** this 18th day of April, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge