IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

v.                                             CASE NO. 4:11-cv-46-MP-GRJ

BUSS, et al.,

    Defendants.

_____/

**ORDER**

    This matter is before the Court on Plaintiff's Motion For Extension Of Time To File A First Amended Complaint. (Doc. 15.) This Court entered a previous order permitting Plaintiff to amend his original complaint and giving him until October 28, 2011 to do so. (Doc. 14.) In his motion, Plaintiff asks the Court for an extension of time within which to file his amended complaint. In support of the requested extension, Plaintiff states he has had difficulty in gaining access to the law library at Gulf Correctional Institution, the prison where he is incarcerated. Plaintiff does not specify the length of the requested extension so the Court will give Plaintiff until November 30, 2011 to prepare and file his amended complaint. Plaintiff is cautioned no further extensions will be granted absent extraordinary circumstances.

    Accordingly, it is hereby **ORDERED:**

    1.    Plaintiff's Motion For Extension Of Time To File A First Amended Complaint (Doc. 15) is **GRANTED**.

    2.    Plaintiff shall complete the civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983 in full and file on or before **November 30, 2011.**

3.    Failure to comply with this Order in the allotted time will result in a recommendation to the district judge that this cause be dismissed.

**DONE AND ORDERED** this 1st day of November, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge