IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

vs.                                                        Case No: 4:11-cv-46-MP-GRJ

JORAM PEREZ,
OFFICER BRADSHAW, and
OFFICER BOCCACCIO,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Defendant Boccaccio's Motion For Extension Of Time To Answer or Otherwise Respond to Complaint. (Doc. 25.) Defendant Boccaccio seeks a 60-day extension of time to answer or otherwise respond to the amended complaint (Doc. 17) because counsel was not assigned the case until two days prior to the deadline for responding to the amended complaint.

Upon due consideration, it is hereby **ORDERED:**

Defendant Boccaccio's Motion For Extension Of Time To Answer or Otherwise Respond to Complaint (Doc. 25) is **GRANTED.** Defendant Boccaccio shall answer or otherwise respond to the amended complaint **on or before February 28, 2012.**

**DONE AND ORDERED** this 29th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge