IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

vs.                                        Case No: 4:11-cv-46-MP-GRJ

JORAM PEREZ,
OFFICER BRADSHAW, and
OFFICER BOCCACCIO,

    Defendants.

_____/

**O R D E R**

This case is before the Court on Doc. 27, the Florida Department of Corrections's Notice advising the Court that the forwarding address for Defendant "Joram Perez" has been provided in confidence to the United States Marshals Service ("USMS"), together with the summons and service copy of the Complaint, pursuant to the Court's Order, Doc. 22.

Accordingly, it is hereby **ORDERED:**

1.     The **Clerk** shall prepare a USM-285 form and USMS-1 waiver of service form for Defendant and forward same to the USMS.

2.     Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the completed summons and complaint (previously forwarded to the USMS by the Department of Corrections with Defendant's address), the USMS-285 and USMS-1 forms, a copy of this Order, and a prepaid means for returning the signed waiver of service to

      Defendant Joram Perez through first class mail.  The USMS shall mail the forms to Defendant Joram Perez as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket.

3. **If after thirty (30) days from the mailing of the waiver of service forms and the complaint Defendant Joram Perez has not returned the waiver of service form (NUSM-1 form), the USMS shall personally serve Defendant Joram Perez pursuant to Rule 4(e) of the Federal Rules of Civil Procedure.**  Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

4. The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on Defendant Joram Perez is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

5. Defendant Joram Perez shall have **thirty (30) days after service** in which to file a response to the complaint.

6. No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the court.

**DONE AND ORDERED** this 11th day of January 2012.

                         *s/Gary R. Jones*
                         GARY R. JONES
                         United States Magistrate Judge