IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

vs.                                            Case No: 4:11-cv-46-MP-GRJ

JORAM PEREZ,
OFFICER BRADSHAW, and
OFFICER BOCCACCIO,

    Defendants.
_____/

## O R D E R

    This matter is before the Court on Defendant Bradshaw's Motion For Extension Of Time To Answer or Otherwise Respond to Complaint. (Doc. 29.) Defendant Bradshaw seeks an extension of time to answer or otherwise respond to the amended complaint (Doc. 17) until February 28, 2012. Defendant Boccaccio, one of the two other Defendants in this case, was recently granted an extension to answer or otherwise respond to the amended complaint until February 28, 2012. (Doc. 26.)

    Upon due consideration, it is hereby **ORDERED:**

1.    Defendant Bradshaw's Motion For Extension Of Time To Answer or Otherwise Respond to Complaint (Doc. 29) is **GRANTED.**

2.    Defendant Bradshaw shall answer or otherwise respond to the amended complaint **on or before February 28, 2012.**

**DONE AND ORDERED** this 12th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge