IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

vs.                                           Case No: 4:11-cv-46-MP-GRJ

JORAM PEREZ,
OFFICER BRADSHAW, and
OFFICER BOCCACCIO,

    Defendants.

_____/

**O R D E R**

On January 25, 2012 the summons directed to Defendant Joram Perez was returned by the United States Marshal as unexecuted. (Doc. 35.) The Florida Department of Corrections previously provided a Notice to the Court that the forwarding address for Defendant "Joram Perez" had been provided in confidence to the United States Marshals Service ("USMS"). (Doc. 27.) The Court then ordered the USMS to personally serve Perez at the address provided in the Notice. (Doc. 30.) The return of service reflects that the USMS twice attempted to personally serve Perez at this address, but the USMS was advised by a resident at that address that Perez does not reside there. (Doc. 35.)

Despite being granted permission to proceed as a pauper in this case, Plaintiff is ultimately responsible for serving Defendant Joram Perez. Accordingly, the Court shall grant Plaintiff an opportunity to provide an address for Defendant Joram Perez to the Clerk of Court. Plaintiff is warned, however, pursuant to Fed. R. Civ. P. 4(m) "if service

of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or order that service be made within a specified time."

Accordingly, it is hereby **ORDERED:**

1. Plaintiff shall provide an address for Defendant Joram Perez to the Clerk of Court **on or before February 17, 2012.**

2. Failure to comply with this order will result in a recommendation to the district judge that Defendant Joram Perez be dismissed from this case.

**DONE AND ORDERED** this 31st day of January 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge