IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

v.                                            CASE NO. 4:11-cv-46-MP-GRJ

JORAM PEREZ, OFFICER BRADSHAW,
and OFFICER BOCCACCIO,

    Defendants.

_____/

## O R D E R

    This matter is before the Court upon Plaintiff's Motion For Extension Of Time To Answer or Otherwise Respond To Defendants' Motion To Dismiss.  (Doc. 40.)  Plaintiff requests an extension of time until April 9, 2012 to file a response to the motion to dismiss, filed by Defendants Bradshaw and Boccaccio.  Plaintiff advises that he has had difficulties using the law library and needs a Court order setting a deadline in order to be given enough law library time to respond to the Defendants' motion.

    Upon due consideration, it is **ORDERED**:

(1)     Plaintiff's Motion For Extension Of Time To Answer or Otherwise Respond To Defendants' Motion To Dismiss (Doc. 40) is **GRANTED.**

(2)     Plaintiff shall respond to the motion to dismiss (Doc. 39) filed by Defendants Boccaccio and Bradshaw on or before **April 9, 2012**.

**DONE AND ORDERED** this 16th day of March, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge