IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERREL THOMAS, JR.,

    Plaintiff,

v.                                    CASE NO. 4:11-cv-46-MP-GRJ

JORAM PEREZ, et al.,

    Defendants.

_____/

**O R D E R**

This case is before the court on the parties' Joint Motion for Dismissal with Prejudice. (Doc. 50.) Pursuant to the motion and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case with prejudice, each party to bear its own attorney's fees and costs. The Clerk is further directed to terminate all pending motions and close the file.

**DONE AND ORDERED** this 6th day of August 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge